485 F.2d 1390
 AMERICAN TELEPHONE AND TELEGRAPH COMPANY, Plaintiff-Appellee,
v.
FLORIDA-TEXAS FREIGHT, INC., Defendant-Appellant.
 No. 73-2425 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 12, 1973.
 
 Richard P. Kenney, Miami, Fla., for defendant-appellant.
 Sherryll M. Dunaj, Miami, Fla., for plaintiff-appellee.
 Before WISDOM, AINSWORTH and CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 For reasons cogently expressed in the district court opinion, 357 F.Supp. 977 (1973), we affirm.
 
 
 2
 Affirmed.
 
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I